**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00389-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTONIO NAVARRO-MEDINA,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on February 19, 2014, it is

    ORDERED that Defendant Antonio Navarro-Medina, is sentenced to TIME SERVED.

    DATED: February 19, 2014

                                      BY THE COURT:

                                      _____
                                      Christine M. Arguello
                                      United States District Judge